## MURRAY v. MURRAY.

No. 4485.   Opinion Filed July 20, 1915.

(150 Pac. 889.)

**APPEAL AND ERROR—Failure to File Brief—Dismissal.** Where plaintiff in error fails to file and serve brief, in compliance with rule 7 of this court (38 Okla. vi, 137 Pac. ix), the appeal will be dismissed.

(Syllabus by Collier, C.)

*Error from District Court, Muskogee County;*
*R. C. Allen, Judge.*

Action between J. E. Murray and Sadie D. Murray. From the judgment, J. E. Murray brings error. Dismissed.

*Hutchings & German,* for plaintiff in error.

Opinion by COLLIER, C.   This is an action for divorce, in which judgment was rendered in favor of defendant in error.

Neither plaintiff in error nor defendant in error has filed a brief in this case.   Rule 7 of this court (38 Okla. vi, 137 Pac. ix) requires the filing of briefs within the time stated in said rule, and upon failure to so file briefs this court may continue or dismiss the cause, or reverse or affirm the judgment, in its discretion.

It follows that this appeal should be dismissed.

By the Court:   It is so ordered.